■ In the Matter of LEON J. ELTERMAN, Appellant, against ANGELA R. PARISI, as Chairman of the Workmen's Compensation Board of the State of New York, et al., Respondents.— Motion for stay granted, upon condition that the appellant perfects appeal, files note of issue, files and serves record and brief on or before August 15, 1958 and is ready for argument at the September Term of this court. Present — Bergan, J. P., Coon, Gibson, Herlihy and Reynolds, JJ.

■ JOHN WARREN, Individually and as Guardian ad Litem of DENNIS WARREN, Appellant, v. WILLIAM H. RENAUD, Respondent. — Motion to dismiss appeal granted, by default, without costs. Present — Bergan, J. P., Coon, Gibson, Herlihy and Reynolds, JJ.